**Michael R. BAIZE, Plaintiff Below, Appellant,**

v.

**Joseph VINCENT and Danielle, Vincent, Husband and Wife, Defendant Below, Appellee.**

**No. 30, 2016**

Supreme Court of Delaware.

Submitted: September 14, 2016

Decided: October 10, 2016

Court Below—Superior Court of the State of Delaware, C.A. No. K13C-04-034

AFFIRMED.

4. *Id.* § 7042(c).

5. *Id.* § 7043(c)(g).

6. *Id.* § 7040.